**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  02-cv-02362-LTB-PAC

RONNIE BRUSCINO,

       Plaintiff,

v.

MICHAEL V. PUGH, et al

       Defendants.
_____

**ORDER**
_____

       This case is before me on the recommendation of the Magistrate Judge that Defendants' Fed.R.Civ.P. 12(b)(1) Motion to Dismiss Plaintiff's Federal Tort Claims Act claim and Defendants' Fed.R.Civ.P. 56 Motion for Summary Judgment on Plaintiff's First Amendment *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 402 U.S. 388 (1971) claims be granted and that Plaintiff's Motion to Submit Additional Information and Evidence to the Court be denied.  The Plaintiff has filed timely written objections to the Magistrate Judge's recommendations.  I have therefore reviewed the Magistrate Judge's recommendations *de novo* in light of Plaintiff's objections and the file and record in this action.  All of Plaintiff's claims in this action except those now addressed by the Magistrate Judge in her recommendation have previously been dismissed.  On *de novo* review of the Magistrate Judge's thorough and comprehensive analysis, I conclude that her recommendations are correct.

       Accordingly

IT IS ORDERED that the Defendants' Motion for Summary Judgment and Dismissal, filed June 15, 2005, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Submit Additional Information and Evidence to the Court, filed January 9, 2006, is DENIED.

IT IS FURTHER ORDERED that the above action is DISMISSED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: April 11, 2006