IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02362-LTB-PAC

RONNIE BRUSCINO,

        Plaintiff,

v.

MICHAEL V. PUGH,
E.J. GALLEGOS,
JENNIFER GRUNDY,
RANDY WATSON,
DAN SCHOFF,
JOHN DOE COLLINS,
JOHN DOE GRISBY, and
U.S.A., and unknown Federal Employees,

        Defendants.

ORDER TO CURE DEFICIENCY

Babcock, Chief Judge

        Plaintiff submitted a Notice of Appeal and Request for Counsel on April 24, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is missing affidavit
      ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner

|   | is not on proper form (must use the court's current form) |
|---|---|
|   | other _____ |

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified. It is

FURTHER ORDERED that plaintiff's request for court appointed counsel is denied with leave to re-file in the U.S. Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this ___1st___ day of May, 2006.

BY THE COURT:

s/Lewis T. Babcock
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO